### 27071. MARSH v. THE STATE.

MacINTYRE, J. The evidence presented on behalf of the State and the defendant being conflicting, and thus presenting a question solely for the determination of the jury, this court will not interfere. The evidence warranted the verdict, and the court did not err in overruling the motion for new trial.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED SEPTEMBER 9, 1938.

*Price & Spivey,* for plaintiff in error.
*W. H. Lanier, solicitor-general,* contra.